# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| AMIR BRANDY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:18-CV-01674-SEP |
| ) | |
| CITY OF ST. LOUIS, et al., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION FOR DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Amir Brandy and Defendants City of St. Louis, Missouri, John Hayden and William Olsten ("Defendants") hereby stipulate and agree that the claims of Plaintiff against Defendants are dismissed with prejudice. Defendant Olsten's claims against Defendant City of St. Louis are dismissed without prejudice.

Dated: April 17, 2023

KHAZAELI WYRSCH LLC

/s/ James R. Wyrsch
James R. Wyrsch, #53197(MO)
Javad M. Khazaeli, #53735(MO)
John M. Waldron, #70401(MO)
911 Washington Ave. #211
Saint Louis, MO 63101
314-288-0777
314-400-7701 (fax)
james.wyrsch@kwlawstl.com
javad.khazaeli@kwlawstl.com
jack.waldron@kwlawstl.com

*Attorneys for Plaintiff*

Respectfully submitted,

SHEENA HAMILTON
CITY COUNSELOR

/s/ Brandon Laird
Brandon Laird, #55564(MO)
Abby Duncan, #67766(MO)
Adriano Martinez, #69214
1200 Market St.
City Hall, Rm 314
St. Louis, MO 63103
314-622-3361
Fax 314-622-4956
lairdb@stlouis-mo.gov
duncana@stlouis-mo.gov
martineza@stlouis-mo.gov

*Attorneys for Defendant City of St. Louis
and John Hayden*

MILLIKAN LAW OFFICE LLC

/s/ Brian P. Millikan
Brian P. Millikan, #50900(MO)
12180 Old Big Bend Rd
Kirkwood, MO 63122
314.621.0622 Office
866.640.0289 Fax
bmillikan@millikanlaw.com

*Attorney for Defendant William Olsten*